IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00348-MR

| | |
|---|---|
| JONATHAN DANIEL PIPPINGER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BUNCOMBE COUNTY GOVERNMENT ) <br> EMPLOYEES, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff, a pretrial detainee, filed this civil rights action pursuant to 42 U.S.C. § 1983 and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). [Doc. 1]. On April 17, 2024, the Court dismissed the Complaint on initial review and granted the Plaintiff 30 days to amend. [Doc. 7]. The Plaintiff was cautioned that "[s]hould the Plaintiff fail to timely amend his Complaint in accordance with this Order, the Court will dismiss this action without further notice." [Id. at 6].

The Plaintiff has not amended his Complaint, and the time to do so has expired. The Plaintiff appears to have abandoned this action, and the Court is unable to proceed. This case will therefore be dismissed without prejudice.

See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 630-33 (1962) (although Rule 41(b) does not expressly provide for *sua sponte* dismissal, Rule 41(b) does not imply any such restriction and a court has the inherent power to dismiss a case for lack of prosecution or violation of a court order).

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: June 3, 2024

Martin Reidinger
Chief United States District Judge

2

Case 1:23-cv-00348-MR   Document 8   Filed 06/03/24   Page 2 of 2